E. MARTIN ESTRADA
United States Attorney
CAMERON L. SCHROEDER
Assistant United States Attorney
Chief, National Security Division
ANDREW M. ROACH (Cal. Bar No. 293375)
Assistant United States Attorney
Cyber & Intellectual Property Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0306
    Facsimile: (213) 894-2927
    E-mail:    andrew.roach@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ANTHONY DAVID FLORES,<br>  aka "Anton David," and<br>ANNA RENE MOORE,<br><br>        Defendants. | No. 2:22-CR-00593-PA<br><br>GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING VICTIM IMPACT STATEMENT AND EXHIBITS TO GOVERNMENT'S SENTENCING POSITION |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Andrew M. Roach, hereby applies ex parte for an order that the Victim Impact Statement and Government's Exhibits to Sentencing Position be filed under seal.

//

//

//

This ex parte application is based upon the attached declaration of Andrew M. Roach.

Dated: June 3, 2024                    Respectfully submitted,

                                       E. MARTIN ESTRADA
                                       United States Attorney

                                       CAMERON L. SCHROEDER
                                       Assistant United States Attorney
                                       Chief, National Security Division


                                        */s/ Andrew M. Roach*
                                       ANDREW M. ROACH
                                       Assistant United States Attorney

                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA

**DECLARATION OF ANDREW M. ROACH**

I, Andrew M. Roach, declare as follows:

1.    I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California.  I represent the government in this case.

2.    The government requests that the Court file under seal the documents filed concurrently herewith, the Victim Impact Statement and Government's Exhibits to Sentencing Position, because the attached exhibits reference the victim's name and other sensitive personal information.  The government requests this under the Crime Victims' Rights Act.  The government requests to file these documents under seal because they are all subject to the protective order in this case, and it would be unduly burdensome for the government to redact the entirety of the documents.

3.    I have communicated with defendant Anthony David Flores's attorney, Ambrosio E. Rodriguez, who does not oppose this filing.

4.    Should the Court deny this application, the government requests that this application not be filed, but be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on June 3, 2024.

_____
ANDREW M. ROACH