**ATTACHMENT A**

Letter speaking to the character and life of Anthony Flores, my friend of 25 years.

I'm known for writing too many words in everything I do, so I will do my best to make this short.

From the first day I met Anthony he was larger than life. He cared about fashion and his desire to be a rock star, despite him being so broke he ended up living on my couch for some time. Still that didn't deter him from working his tail off with a new business he started, washing windows. Like everything else he does, he practiced and put his nose down and worked his tail off. He was absolutely determined to make his business successful. He loved being in charge, but was the type of boss who felt nobody could out-work him. Nobody. He even added on hanging complex Christmas lights as a seasonal gig to help pay the bills.

I never asked to be paid rent or for food or gas, just for him to pay it forward. And boy did he ever take that to heart. As he went through the toughest of times, his generosity of spirit never waned. Everyone remembers the Scott Peterson case, where he killed his wife and unborn son. Everyone remembers the 'Fresno Massage Therapist Amber Frey' that had the affair with Scott and really loved her time setting up wired calls with Scott to get him convicted. She loved the attention for certain…until Anthony started talking to media outlets.

Anthony dated Amber. Then he broke up with her (for the oft-used reason of her being crazypants). She went cuckoo. Started stalking him. Went to his family, his friends, his job sites, telling everyone that Anthony knocked her up and left her abandoned. True to his nature, Anthony never called the police on Amber or asked for a restraining order. Instead he really felt for her, and agreed with no conditions to be a father to the child Amber was about to have. Despite Amber agreeing to establish parentage, Anthony helped to raise his daughter.

Until spiteful Amber after several years went after Anthony for more money, which luckily took them to court, where a judge could order a paternity test. Naturally Anthony was not the father. On the Maury show the accused fathers end up jumping for joy. Not Anthony. He went into a deep depression because he no longer had a daughter.

Still, he had a dream to become a hairdresser and open his own salon. He didn't have enough money, really, but still accomplished his goal thanks to his successful businesses. In the meantime, he was still there for me – once my laptop was stolen by men with guns from Anthony (who was using my car). So what does Anthony do? Apologize? Sure, but then he hit the streets and found out who the guys were. Now what, rob them back?? No.

Anthony reached out to them and negotiated a return of the laptop for some cash (all of my business was on that laptop). As if in a movie, he chose an outdoor vending machine to place the money envelope behind, hoping the criminals would then return the laptop. He wrote the words "Honor!" on the cash bills, and we sat in my car and prayed. The crooks circled the area a few times, sent someone out to get the cash, and yes, they left the laptop.

Why not call the cops?

Because Anthony felt for these kids, because they must need the money badly enough to risk prison. Never once did he hold deep resentment for the crooks, or for Amber Frey, or really for those who hurt him badly when he was a child.

Instead, he remained generous. He worked very hard on his spiritual journey, and would help anyone in need, whether it be emotionally or financially or spiritually. Sure, he still wanted to be a star, and still proved his fashion forward sensibilities, now with a little more money to spend on clothes (thrift stores having served their purpose).

As a hairdresser and a lover of all people, Anthony moved up in that world to the point he was adoring and adorning supermodels and actors, all while keeping up that window washing business here in Fresno. He was doing well enough to move down to LA to continue his styling dreams. He was able to mingle with up and coming stars, and was looked to for support from even established performers. When he would return to Fresno he would find me and share his love, and if he had it, he would buy me dinner or drinks as thanks for what I had done for him years ago. I still insisted he just pay it forward, so instead he would treat my friends in Fresno like Kings and Queens.

Anthony morphed into a spiritual butterfly, spreading beauty wherever he went. Free high end haircuts for those who couldn't afford it? Of course. Need a place to stay while in LA? Sure. And if you were an actual supermodel Anthony became either a supportive and non-judgmental boyfriend or support friend. Having a gorgeous woman on his arms must've looked good in LA, but when he was in Fresno he never paraded anything more than his generosity. Anthony has always treated everyone like a star. And when I (or a couple of friends I know) started to hit rock bottom, I swear we were like nectar filled flowers, because it never failed. Anthony would show up out of the blue or reach out, as if he knew we needed someone or something. While still keeping up his businesses Anthony would drop everything to be there.

So it didn't surprise me whatsoever to hear Anthony ran into someone in need while having an ice cream treat. I would have been surprised if Anthony didn't drop everything to help whomever this person was, and I assure you, Anthony had no idea this guy was a doctor or wealthy or anyone otherwise. He was a person in mental distress who couldn't care for himself.

We all know the rest. All of Anthony came together, the pay it forward guy, the leader of a business, and the desperate young man who came from being broke as much as those laptop stealing criminals. With the Doctor Anthony had a new business to run. He also had a non-supermodel girlfriend at the time. In fact he had his hands full with more of an Amber Frey type, a needy woman who would also support Anthony's needs and his ventures. Anthony finally had some resources to put Anna on a path of her own success.

Were those resources enough? Clearly not.

Anthony saw an opportunity to fulfill his destined needs. He was able to help someone in despair, often using street smarts to pull it off (could anyone else have scored massage therapists and ketamine in helpful doses in mere days?). The doctor offered his resources in order to secure Anthony's resources, and for a short while it was a mutually advantageous relationship.

The Doctor unfortunately needed more help than Anthony could provide. In retrospect the doctor needed serious psychiatric intervention, even if it were against his personal wishes. Anthony and Anna were not psychiatric experts, and the Doctor refused to see any professionals no matter what. So Anthony did what he could while still respecting the Doctor's wishes. It wasn't enough.

Putting myself in Anthony's head, this had to be extremely frustrating. I'm sure he felt that with enough money he could at least keep the Doctor comfortable and somewhat satisfied with his life, and in exchange Anthony's rock stardom and street smarts (such as they were) took him down the path of the con.

Some 'street smarts.' Not sure Anthony did anything close to what a criminal mastermind (or even a low-level thief) would do. Transferring money to his own bank accounts in his name? I understand staying in a hotel and keeping an eye on the Doctor. For certain Anthony wouldn't want the Doctor to suffer or worse, to die. Cynics might think that's exactly what Anthony wanted so he and Anna would have access to the riches. Those people don't know Anthony – losing someone he was trying to help turned out to be the biggest failure of his life. He still kept the window washing business going even when away. He kept his salon work going. He kept his generosity full, just as he had 25 years ago with me.

Anthony made awful choices for certain. He was admittedly also foolish to spend the money giving himself a bigger name in the town where status is more important that anything. Civil trial? He knew he didn't have two nickels to rub together, let alone a million dollars under a mattress. How do I know? When he returned to Fresno he was back to 20 years earlier. Dressed wonderfully, still dating the most beautiful women, but his meals were at home or at the local pub. His generosity meant buying me a few drinks here and there, and unlike him, he allowed me (and likely needed me) to buy him drinks.

What he was still able to provide was deep untethered love for everyone he met. If you weren't Anthony's cup of tea, no worries, but if you had a need or a dream or were spiritually bereft, Anthony was there for them.

Now Anthony is a butterfly in a cage.

I personally believe the short period of punishment is warranted and also beneficial for Anthony, because who needs spiritual guidance and massages and great haircuts and meditation more than other inmates? Anthony's lapse of impulse control and ego went too far, we all recognize that.

But I assure you three things:

1. This isn't Anthony's character deep down
2. While he will help other inmates, he's still restricted from changing the world for the better by being in that cage
3. When Anthony is released, he will buckle down and start from scratch and be successful

For this reason (and using far too many words despite my promise), I and everyone Anthony has ever touched or taught beg the court to release him from prison as soon as is humanly possible. Home confinement or halfway houses or frankly anything that places him back in society will be a much shorter path to bringing the highest form of positivity and mentorship to our suffering world.

In prison Anthony will have a very limited structure to provide for others. Restricting his freedom, of course – but does it need to be by sleeping in a dorm where he can only pay back for his crimes to a few inmates and CO's? Please get him back to a place where he can earn any meaningful restitution by creating resources as only he can do – by helping others, by loving daughters not his, by spreading his butterfly wings for the world to share in the beauty he can provide.

Thanks so much for your consideration in this matter. Your decision must be difficult, faced with mandatory legalities and pre-recommendations and the balance of punishment with true societal justice. I wish you only the best as you gather all this information and synthesize it with the law to come to your conclusion.

With sincere passion,

Stephen A Mintz

Anthony's friend.

Dear Honorable Judge Percy Anderson,

I am writing to ask for leniency in the sentencing of my brother Anthony Flores.

My name is Viviana Yvonne Hinojos. I am a journalist who has written for The New York Times, and I currently am a reporter in the Central Valley.

I am asking for mercy in the sentencing of my brother, by requesting that he stays in Los Angeles to be close to our mother Patricia Hinojos.

Over the last two years my mother's health has significantly declined. She has had multiple surgeries and has been admitted to the emergency room at Stanford Hospital several times because of her deteriorating and severe health problems.

My mother was diagnosed with a terminal illness a few years ago and since my brother has been incarcerated the stress and emotional turmoil has caused her condition to worsen.

As a daughter, I have held my mother as she cries herself to sleep, is unable to eat, and as she is heartbroken that one of her children is in prison.

This year has been extremely difficult for her especially because she has not been able to visit my brother because of the time it takes to get documents through and processed at the Metropolitan Detention Center.

As a sibling who also misses seeing her brother, it's even more painful watching my mom unable to see her son.

My biggest fear, which is causing me the most anxiety, is that if my mother is not close enough to visit my brother she will not live very long.

I'm afraid that with her terminal illness she might not have much time left and with the time she does have please let it be possible that she can visit my brother here in California.

My mother is unable to drive long distances, or fly and because of this I will be needing to drive her to visit him.

Please Honorable Judge Percy Anderson allow my brother Anthony Flores to stay in Southern California. Thank you.

Sincerely, Viviana Yvonne Hinojos

Honorable Percy Anderson of Los Angeles, CA

Subject: Character Reference for Anthony David Flores

Your Honour,

I am writing to you as the father of Anthony David Flores, who is soon to stand before your esteemed court on charges of wire fraud and mail fraud. My purpose in writing to you is to provide insight into Anthony's character and to request your consideration of clemency and leniency in his case. Anthony moved in with me at the age of 13 and during his formative years I strived to instill in him the values of respect, honesty, and good citizenship. He excelled in his school years, garnering awards for his talent in clay sculptures and musical prowess with instruments like the guitar, saxophone, and drums. Throughout high school Anthony remained trouble-free and displayed a commendable dedication to his artistic and academic pursuits. Upon graduating, Anthony entered the workforce, briefly working for the city of Fresno. However, his entrepreneurial spirit led him to establish two successful businesses, "Deck the Halls Lighting Company" and "Central Valley Window Cleaning." He demonstrated hard work, dedication, and a commitment to excellence in his endeavors. I, as Anthony's father, was profoundly shocked when he was arrested for the federal crimes he is accused of. I attribute any lapses in judgment to the influence of peers and external pressures. Anthony deeply regrets his actions and is committed to making amends for any harm caused. He acknowledges the gravity of the situation and is prepared to face the consequences with humility and a willingness to learn from this experience. Anthony is a helpful, talented, and loving individual who has been a supportive friend, brother, son, and employer. His positive impact extends beyond his immediate circle as evidenced by his involvement in community events and his successful businesses. He has actively sought rehabilitation by participating in therapy and expressing sincere remorse for his actions. Anthony has taken responsibility for his wrongdoing and is committed to rebuilding his

life with a newfound sense of accountability. As Anthony's family, we humbly request your Honour's consideration for clemency and leniency. We believe in his potential for rehabilitation and his ability to contribute positively to society. Your wise judgment and consideration in this matter would be deeply appreciated.

Thank you for your time and understanding.

Sincerely,

Ernesto S. Flores 5431 N. Lucy Ruiz Ave. Fresno, CA 93723 Ezzyflor68@gmail.com

To Whom It May Concern,

I'm writing as a character witness for my friend Anthony Flores.  Anton has been a wonderful friend and one of the most positive influences I've known.  He even in his recent rough situation continues to inspire me to be a better human.

I met Anton in the summer of 2010 on a Celebrity photoshoot in Malibu.  I was assisting my mentor a celebrity photographer and he was assisting a celebrity hairstylist.  My mom was a hairstylist and I've always looked for a hairstylist that is inspiring to be a good friend and also someone I could grow with as an artist.

Over the many years of friendship with Anton we did many photoshoots and our friendship grew and grew.  He was always there for me when times were tough.  In the very beginning of our friendship around 2011 I was short on rent and he let me borrow it instantly without hesitation.  He also would cut my hair back in those days and alway told me to pay it forward.  I always paid him back because out of all my friends that are close to me he was the only one who really made sure I was ok.  I was told people they were extremely lucky if they had a friend like Anton.  He has been a true angel to me.

As close as I was with Anton I never heard him speak in a way that was not in a voice of gratitude and with a positive belief in karma as to it relates to actions we take in life.  I can't imagine him to purposely hurt anyone.  He always saw the bigger picture of being your best self.  He inspired everyone I saw him come in contact with to be a better version of theirselves.

It is hard to accept that something like this situation would happen to a person with such great positive energy that is so giving to the world.  It's been hard for me to sit down to write this because it hurts me to know my good friend is suffering.

Anton has been nothing but one of the most wonderful people I've ever been blessed to have in my life.  He still inspires to be the best version of myself and to stay positive when the days are hard.


With Best Regards and Gratitude,

Joshua Michael Shelton

11/15/23

Dear Judge,

I wanted to write you a letter to my dear friend and client David Anton who I have had the great fortune of knowing for close to 20 years .

Anton is one of the Kindest , charismatic and talented people I know.

I first Met Anton 20 years ago when he was starting out as a HairStylist. He was a great client and I saw who quickly started developing a great reputation in Los Angeles as a talented and gifted Hairdresser.

We then became friends and he was always very supportive of my Company LA SHEAR & Ibiza hair tools and gave us lots of referrals and we developed a friendship after that .

Anton has a way of lighting up the room and he always knows how to make people feel wonderful about themselves and always has something very interesting to say and is always so Positive.

He is too much of a talent and a bright light of positive energy to rot in Prison.

Anton I have always discussed having him do Hair Education for my Clients .

Regarding the situation , he is arrested for . This is what I can tell you from what I know.

When Anton & Anna moved into the House the With the Dr, I went to several of the Parties they had. **I met the Doctor who told me the best thing that ever happened to him Was meeting Anton & Anna. The Doctor always seemed happy at the parties and loved Meeting all of their friends.**
Anton did not share the details of what happened with me . All I can tell you is that everytime I did speak to Anton & Anna their lives revolved around Making the Doctor happy and working on lifting his spirits .

As you know there are always 2 sides to every story and in this case

I look at the situation like this . The Doctor  Man who realized Money did not make him or take away his pain . What did help him was Anton & Anna.
The Doctors Family was trying to have committed and take his fortune away and his only defense Was Anton .

The guy Trusted Anton & wanted them to enjoy his fortune because he was unable .

He gave him the Money for that reason ,and Anton had the bad judgment not to want to give it back.
I understand Laws might have been broken , however Anton has suffered enough in jail and has paid his debt .

Don't destroy this life he can pay his debt to society perhaps by doing some kind of community service , he has spent enough time in Jail.
He is very talented and has countless friends and Family that love him. He is not a criminal or con artist. Having that much money can cause a good person to make bad decisions.

Anton has suffered enough . Everyday he is in Jail , preventing his talents from helping the World and the possibility of getting hurt in Prison.
The streets are filled with hopeless criminals who will never be rehabilitated . Anton is a good soul who has never been in trouble in his Life.

He has paid his Price , Please let him move on and rejoin society , he makes the world a better place . With his amazing skills as a hair stylist and the Jobs he has created through his business .
To the way he uplifts people he meets & makes them feel better about themselves.

I beg you to show leniency on this Great soul, forgive and let him move on.

Anton I have always discussed having him do Hair Education for my Clients .When he is released I look forward to working with him to teach my clients his skills in Hairdressing which will truly benefit the livelihood of many stylists.

Perhaps with his Community service he could do some Haircuts for the underprivileged or teach cuts in prison or Yoga. There is so much he could do to contribute to helping others, keeping a talent like Anton in Prison is wrong.

Please Forgive Anton and let him Move on. You will be making the World a Nicer Place.


Thanks so much Reading this & God Bless!


Mike Johles
LA SHEAR

Honorable Percy Anderson of Los Angeles CA
Subject: Character Reference for Anthony David Flores

Your Honor:
I am writing you as a friend of Anthony David Flores who will soon stand before your court on charges of wire fraud and mail fraud. I am privileged to call Mr. Flores my friend and to have this opportunity to personally vouch for his character and to request all possible leniency from the court at his sentencing. I feel very strongly that he is an asset to his community and that he can do much good outside rather than being incarcerated at public expense; please allow me to elaborate
.

I have known Mr. Flores for about 15 years and we have worked a variety of projects together and in collaboration with other people and organizations. His initial approach to a group or individual has always consisted of "How may I be of service to you," which always sounds nice but the proof is in the pudding and countless times I have seen him proceed with commitment and competence to back up his offer with substance and effective action. I have seen him for years on end planning his business endeavors, working himself to the bone, working the office, meeting with clients, training generations of workers to be effective, conscientious and capable and getting out there himself whenever needed to do the physical work to get the best results. His work has been so important to families and businesses locally, especially in this time when it is so hard to find anyone reliable!

Mr. Flores is a community-minded individual, aware, involved and caring. I myself work in the mountain communities, where Mr. Flores has generously contributed energy and resources to our wilderness preserve non-profit corporation. During the time of the Creek Wildfire in our area, returning late from out of town, he asked me to meet him first thing in the morning at the Uhaul lot. He knew I would be spending weeks or months rescuing people, animals and equipment from the flames so he secured the largest available moving van for my use in these efforts. He has always been a caring friend to my family. I know he has felt a great need to work hard and be successful primarily to take care of friends and family in need, particularly in these times which are so difficult.

I sincerely believe that Mr. Flores has learned from and taken responsibility for his mistakes. I know he has so much to give to his community, rather than being incarcerated at public expense. Far from posing any risk or danger to the public, I know he has so much to contribute. I know him, I believe in him and hope you will grant him this chance to show his strength and resolve in the positive sense. Many thanks for your time and for any encouragement you can show to this kind and gentle person.

                                            Sincerely,
                                            Jeremy Bluestein
                                            10691 N. Madsen
                                            Clovis, Ca. 93619