The Rodriguez Law Group
Ambrosio E. Rodriguez, SBN 200880
626 Wilshire Blvd., Ste 460
Los Angeles, CA  90017
(213) 995-6767
(213) 995-6368
aer@aerlawgroup.com

Counsel for Defendant
Anthony David Flores

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>ANTHONY FLORES<br><br>            Defendant. | Case No. 2:22-CR-00593-PA<br><br>DEFENDANT ANTHONY FLORES'S **RESPONSE TO THE GOVERNMENTS SENTENCING MEMORANDUM**<br><br>**CURRENT SENTENCING DATE**: 06/17/2024 at 1:30 p.m. |

Defendant Anthony Flores ("defendant"), both individually and by and through his counsel of record, Ambrosio E. Rodriguez, hereby files this response to the governments sentencing memorandum.

### I.   Dr. Sawusch was not isolated

In its sentencing memorandum the government repeatedly claims that Dr. Sawusch was isolated and continuously under the

the influence of marijuana, mushrooms, or lsd. The photographs attached to this response labeled exhibit A are evidence of what Dr. Sawusch's life was actually like with Anthony Flores and Anna Moore. As the court can see from the photographs, Dr. Sawusch's life with the defendants included a lot of happiness and good times. These photographs show Dr Sawusch in social events, surrounded by people, smiling at dinner, enjoying a beach day with friends. In other words, these pictures paint a much different picture of the reality of Dr. Sawusch's life than the dark and lonely life presented by the government.

The government sentencing memorandum fails to add that Dr. Sawusch was under the care of two psychologists that he was seeing on a weekly basis. He would meet with the psychologists in a private setting and would enter into therapy sessions. Neither of the psychologists ever reported Anthony Flores as a threat to Dr. Sawusch. Moreover, Dr. Sawusch during the times that are relevant to this case was also under the care of a physician, one that Mr. Flores would take for his medical appointments.

**II.  Additional factor in mitigation**

Patricia Hinojos is the Defendants mother. She has been the most supportive person in Anthony Flores' life. She is his rock, and he is hers. Unfortunately, Ms. Hinojos suffers from

a terminal illness. Exhibit B is a letter from her Dr. at Stanford university which provides information as to the status of her deteriorating health and her ongoing treatments. The 15-year sentence that the government requests would not only be disproportionate to the crimes that Mr. Flores committed, but it will also guarantee that Ms. Hinojos passes without being able to see her son out of incarceration. The defense humbly asks the court to take into account Ms. Hinojos' health or lack of it when sentencing Mr. Flores.

### III. Corrections

After a review of the defense sentencing memorandum there are two error that the defense wishes to correct. The first is on page 6 line 21, that states that the victim received One million dollars from the defendant in the civil litigation. As it's clear in the other parts of the defense memorandum and the governments memorandum the amount that was returned to the victims was 2.1 million dollars. The second error is that on page 9 line 15, it refers to Dr. Sawusch as a billionaire, Dr. Sawusch was a millionaire not a billionaire.

//
//
//
//
//

//
//
//
//
//

Respectfully submitted this 14th day of June 2024.

      /s/ Ambrosio E Rodriguez
      Ambrosio E. Rodriguez
      Attorney for Defendant