Exhibit B



Stanford Internal Medicine
(650) 498-9000

http://sim.stanford.edu

Stanford Internal Medicine
At Quarry Road
211 Quarry Road, Suite 305
Palo Alto, CA 94304

6/7/2024

RE: Patricia Hinojos
2500 Latour Ct
Modesto CA 95355-7829

To the Honorable Percy Anderson:

This is to verify that Patricia Hinojos (DOB 1/4/1955) is a patient who receives care at the Stanford Internal Medicine Clinic. I am her current primary care physician, and she has been under my care since 2019.

Ms. Hinojos has multiple chronic medical problems that have led to serious co-morbidities and disability. She suffers from systemic sclerosis for which she is under the care of multiple specialists. Due to this condition, she has severe gastroesophageal reflux disease, with esophageal aperistalsis (abnormal motility), causing significant difficulty with swallowing. Furthermore, she has had extensive dental surgery, with multiple teeth extractions and restorative procedures, further limiting her ability to eat. She has had significant unintentional weight loss as a result, and is at high risk for malnutrition. She would benefit from having someone live with her, to help with cooking and meal preparation, and to ensure adequate nutrition.

Ms. Hinojos also suffers from Raynaud's phenomenon, causing her fingers to become swollen, painful and numb, and when she has these episodes, which can happen multiple times a day, and can last up to 10 minutes, she is unable to safely use her hands in any capacity. Ms. Hinojos has also had significant muscle wasting, and is unable to lift anything more than 5 lb safely. These limitations significantly impact her ability to perform many daily activities, and having someone live

Patricia Hinojos
DOB: 1/4/1955
Stanford Health Care
1

with her to help with these activities would be beneficial.

Additionally, Ms. Hinojos suffers from cognitive decline and severe anxiety and depression. She lives alone currently, is forgetful, and has had instances when she left the stove on. She also drives minimally, and fears she is unable to drive safely even to the grocery store. She would benefit from having someone live with her to help with these instrumental activities of daily living, and to also offer emotional support and companionship, which will benefit her mental health significantly.

Lastly, Ms. Hinojos reports needing help even with some activities of daily living, such as grooming, hygiene and self-care routine. She would benefit from having someone live with her to help with these activities as well. Having live-in help would also help prevent future hospitalizations, by creating a safe and supportive living environment.

Of note, she was recently admitted to the hospital from April 8th to April 12th, for acute exacerbations of several underlying chronic medical conditions.

Please let me know if you have any other questions or concerns at this time.

Sincerely,

Kim F. Chiang MD

Patricia Hinojos
DOB: 1/4/1955
Stanford Health Care
2